# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 27, 2021

## NO. 03-18-00766-CR

**Bryan Wayne Whillhite, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
AFFIRMED IN PART; REVERSED AND RENDERED IN PART ON REMAND --
OPINION BY JUSTICE KELLY**

This is an appeal from the judgments adjudicating guilt entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment adjudicating guilt as to the conviction for sexual assault of a child. Therefore, the Court affirms the judgment adjudicating guilt for that conviction. However, the Court further holds that there was reversible error in the judgment adjudicating guilt as to the conviction for online solicitation of a minor. Therefore, the Court reverses the judgment adjudicating guilt and renders a judgment of acquittal for that offense. The State shall pay all costs relating to this appeal, both in this Court and in the court below.